■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAUN OVERTON, Appellant. [747 NYS2d 159]

Defendant's motions to withdraw his plea and for the appointment of new counsel were properly denied without a hearing since the court reviewed defendant's written submissions and gave him a full opportunity to amplify his contentions in court (*see People v Fiumefreddo*, 82 NY2d 536; *People v Senghor*, 248 AD2d 299, *lv denied* 92 NY2d 905). The court properly relied upon its own recollections of the plea proceedings and rejected defendant's unsupported claims of innocence, coercion and ineffective assistance (*see People v Hines*, 267 AD2d 17, *lv denied* 94 NY2d 921). Concur—Williams, P.J., Tom, Rosenberger and Friedman, JJ.